JOHN S. PEDERSIN, Respondent, *v.* THE LEONHARD MICHEL BREWING COMPANY, Appellant.

*Pedersin* v. *Leonhard Michel Brewing Co.*, 163 App. Div. 865, affirmed.

(Submitted February 7, 1917; decided February 27, 1917.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 27, 1914, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant, who had employed plaintiff's employer to straighten a smokestack on its premises. A gant line, consisting of an iron pulley through which ran a steel rope the ends of which ran to the roof, hung from a hook on the top of the stack. It was the duty of the plaintiff to suspend necessary rigging from the top of the stack, and in order to get to the top of the stack it was necessary for him to use the gant line. While engaged in the performance of his duties the hook holding the gant line broke and he was thrown to the roof, receiving the injuries complained of.

*John C. Robinson* for appellant.

*William Seward Shanahan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.